Redbridge Bedford, LLC v 159 Mp Corp. (2021 NY Slip Op 50241(U))

[*1]

Redbridge Bedford, LLC v 159 MP Corp.

2021 NY Slip Op 50241(U) [71 Misc 3d 128(A)]

Decided on March 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2019-1388 K C

Redbridge Bedford, LLC, Respondent, 
against
159 MP Corp., d/b/a Foodtown Corp. d/b/a Foodtown Supermarket,
Appellant, et al., Undertenant. 

Wenig Saltiel, LLP (Meryl Wenig and Sehzad M. Sooklall of counsel), for appellant.
Adam Leitman Bailey, P.C. (Jonathan D. Lupkin of counsel), for respondent.

Appeal from a final judgment of the Civil Court of the City of New York, Kings County
(Robin Kelly Sheares, J.), entered July 17, 2019. The final judgment, entered pursuant to an order
of that court dated July 17, 2019 granting landlord's motion for summary judgment, awarded
landlord possession in a holdover summary proceeding.

ORDERED that the final judgment is reversed, without costs, the order dated July 17, 2019
is vacated, and landlord's motion for summary judgment is denied.
As the relevant facts in this proceeding are the same as those set forth in Redbridge
Bedford LLC v 240 Bedford Ave. Realty Holding Corp. (___ Misc 3d ___, 2021 NY Slip Op
_____ [appeal No. 2019-1338 K C], decided herewith), the final judgment is reversed, the order
dated July 17, 2019 is vacated, and landlord's motion for summary judgment is denied for the
reasons stated therein.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 19, 2021